# United States Patent Office

**848,629**
Registered May 7, 1968

## PRINCIPAL REGISTER
## Trademark

Ser. No. 274,801, filed June 26, 1967

## WINSTON

Harry Winston, Inc. (New York corporation)
718 5th Ave.
New York, N.Y. 10019

For: JEWELRY AND POLISHED DIAMONDS, in CLASS 28.
First use January 1932; in commerce March 1945.



EXHIBIT A

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

United States Patent and Trademark Office

Reg. No. 3,355,622
Registered Dec. 18, 2007

## TRADEMARK
PRINCIPAL REGISTER

# HARRY WINSTON

HARRY WINSTON, INC (NEW YORK CORPORATION)
718 FIFTH AVENUE
NEW YORK, NY 10019

FOR: JEWERLY AND WATCHES, NAMELY, BRACELETS, EARRINGS, RINGS, BROOCHES, PENDANTS, POLISHED DIAMONDS, PRECIOUS AND SEMIPRECIOUS GEMSTONES, WRIST-WATCHES, POCKET-WATCHES, CLOCKS, WATCH-BRACELETS, BRACELETS-FASTENERS, WATCH-CASES AND WATCH-MOVEMENTS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1948; IN COMMERCE 0-0-1948.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

THE NAME "HARRY WINSTON" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SER. NO. 77-146,022, FILED 4-2-2007.

JILL C. ALT, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

United States Patent and Trademark Office

Reg. No. 3,616,973
Registered May 5, 2009

## SERVICE MARK
PRINCIPAL REGISTER

# HARRY WINSTON

HARRY WINSTON, INC. (NEW YORK CORPORATION)
718 FIFTH AVENUE
NEW YORK, NY 10019

FOR: RETAIL STORE SERVICES SPECIALIZING IN THE SALE OF DIAMONDS AND ROUGH DIAMONDS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 1-1-1960; IN COMMERCE 1-1-1960.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 848,629 AND 3,355,622.

THE NAME "HARRY WINSTON" IDENTIFIES A LIVING INDIVIDUAL WHOSE CONSENT IS OF RECORD.

SN 77-359,459, FILED 12-26-2007.

KEVON CHISOLM, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 27 and 28

**United States Patent and Trademark Office**  Reg. No. 1,747,040
Registered Jan. 19, 1993

## TRADEMARK
PRINCIPAL REGISTER



# HARRY WINSTON

HARRY WINSTON ULTIMATE TIMEPIECE SA (SWITZERLAND CORPORATION)
RUE DU RHONE 43
GENEVE, SWITZERLAND

FOR: JEWELLERY; NAMELY, CROWNS, NECKLACES, SETS OF JEWELS, BROOCHES, BRACELETS, RINGS, EARRINGS, CUFFLINKS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS; NAMELY, WRIST-WATCHES, POCKET WATCHES, TABLE WATCHES, CLOCKS, ALARM-CLOCKS, WATCH BRACELETS, BRACELET FASTENERS, WATCH CASES; JEWELCASES IN PRECIOUS METALS, PRECIOUS AND SEMI-PRECIOUS STONES, IN CLASS 14 (U.S. CLS. 27 AND 28).

FIRST USE 2-3-1989; IN COMMERCE 2-3-1989.

THE NAME "HARRY WINSTON" DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SER. NO. 74-245,207, FILED 2-7-1992.

CARYN HINES, EXAMINING ATTORNEY