# ADLER WINSTON DIAMOND CORPORATION



PO Box 6363
Clearwater, FL 33758
Office (727) 535-3333
Fax (727) 213-9000

- Home
- About
- News
- Products
- Services
- Calendar
- Contact





## A Cut Above!

Our mission is to provide our clients with GIA graded diamonds with exceptional attention to detail. We only supply diamonds with GIA reports, most with inscriptions. We believe that increased confidence among customers will generate repeat business and referrals, resulting in more sales.

## Manufacturing

We are a small manufacturing company with a complete hands-on approach to our production. We produce product in Israel and the United States. We do not produce tremendous quantities, however what we do produce is priced fairly.

## Distribution

International distribution has always been a service we provide. If we have a diamond that suits a client's need in most cases we can deliver worldwide within days.

Home | About | Calendar | Contact | Employees | Employment | FAQ | Information Links
News | Photo Gallery | Press | Products | Promotions | Services | Site Map



EXHIBIT B

Wednesday, November 09, 2011

# ADLER WINSTON DIAMOND CORPORATION



PO Box 6363

Clearwater, FL 33758

Office (727) 535-3333

Fax (727) 213-9000

- Home
- About
- News
- Products
- Services
- Calendar
- Contact

## About Us

Since 1987, we have been involved in the diamond & jewelry industry in many areas, from manufacturing rough diamonds in white and fancy colors to estate jewelry and watch sales.

## Our Commitment

Every transaction should be pleasant and smooth. On our end, we provide reliable service and high value for the product we provide. It is our hope that our clients recognize this. We are not a company that practices heavy negotiating tactics or discounts. We provide quality diamonds, strictly evaluated and fairly priced according to market conditions.

Home | About | Calendar | Contact | Employees | Employment | FAQ | Information Links
News | Photo Gallery | Press | Products | Promotions | Services | Site Map

Copyright @ 2010 Adler Winston Diamond Corporation. All Rights Reserved.
Site Optimized by Footnotes Web Services, Inc.

Wednesday, November 09, 2011

# ADLER WINSTON DIAMOND CORPORATION



PO Box 6363
Clearwater, FL 33758
Office (727) 535-3333
Fax (727) 213-9000

- Home
- About
- News
- Products
- Services
- Calendar
- Contact

## News

What's happening in diamonds?

## Top Stories

Home | About | Calendar | Contact | Employees | Employment | FAQ | Information Links
News | Photo Gallery | Press | Products | Promotions | Services | Site Map

Copyright @ 2010 Adler Winston Diamond Corporation. All Rights Reserved.
Site Optimized by Footnotes Web Services, Inc.

Wednesday, November 09, 2011

# ADLER WINSTON DIAMOND CORPORATION



PO Box 6363

Clearwater, FL 33758
Office (727) 535-3333
Fax (727) 213-9000

Home

About

News

Products

Services

Calendar

Contact

## Products

Various shapes and sizes available. All stones come with a GIA report.

 

 

Home | About | Calendar | Contact | Employees | Employment | FAQ | Information Links
News | Photo Gallery | Press | Products | Promotions | Services | Site Map

Copyright @ 2010 Adler Winston Diamond Corporation. All Rights Reserved.
Site Optimized by Footnotes Web Services, Inc.

Wednesday, November 09, 2011

# ADLER WINSTON DIAMOND CORPORATION



PO Box 6363
Clearwater, FL 33758
Office (727) 535-3333
Fax (727) 213-9000

Home
About
News
Products
Services
Calendar
Contact

## Services

Here at AWDC, we are customer oriented. We know many people have diamonds that are damaged or uncertified. For just this reason, we offer services of remanufacturing or certification through recognized laboratories. From start to finish, we offer the most complete service available. Most others cannot or will not offer the public these services. Our experience and knowledge is at your disposal to help maximize the value of your diamonds.



**Certification**
Our certification service includes an evaluation to determine which laboratory would best suit your needs, submission to the lab of choice, our consultation with the lab regarding grading and any additional services requested, and insured shipping to and from the lab as well as your address (if required).
**Please call for prices. Every lab has different fees and different levels of service.**



**Remanufacturing**
Remanufacturing involves repolishing a diamond to either repair or update the cut. At AWDC, this has been our primary type of manufacturing since the late 1980's. Our factories, either here in the United States or overseas are at your service. Depending on the type of service you need and the time frame, as well as whether certification will be required afterward, will determine where and how the process will be completed. Every stone must be evaluated to determine the best options to maximize value. What you receive from us is knowledgeable, competent, and honest handling of your diamond from start to finish. This process is very unique to each diamond so please call for more info.
**Please call for prices. Fees vary for size, shape and type of remanufacturing required.**

Home | About | Calendar | Contact | Employees | Employment | FAQ | Information Links
News | Photo Gallery | Press | Products | Promotions | Services | Site Map

Wednesday, November 09, 2011

# ADLER WINSTON DIAMOND CORPORATION



PO Box 6363
Clearwater, FL 33758
Office (727) 535-3333
Fax (727) 213-9000

Home

About

News

Products

Services

Calendar

Contact

## Contact Us

Have questions? Feel free to write us an email. We will be glad to try to assist you in any way possible.

### Telephone

727.216.3333 Office
727.213.9000 Fax

### Email

sales@adlerwinston.com

### Street Address

13501 Icot Blvd.
Suite #110
Clearwater, FL 33760

### Mailing Address

PO Box 6363
Clearwater, FL 33758

### Hours of Operation

Monday - Friday 9:00AM - 6:00PM

Home | About | Calendar | Contact | Employees | Employment | FAQ | Information Links
News | Photo Gallery | Press | Products | Promotions | Services | Site Map

Copyright @ 2010 Adler Winston Diamond Corporation. All Rights Reserved.
Site Optimized by Footnotes Web Services, Inc.

Wednesday, November 09, 2011