March 17, 2011

**COLUMBUS • CLEVELAND
CINCINNATI-DAYTON**

**BRICKER & ECKLER LLP**
100 South Third Street
Columbus, Ohio 43215-4291
MAIN: 614.227.2300
FAX: 614.227.2390

www.bricker.com
info@bricker.com

Joseph R. Dreitler
614.227.2347
jdreitler@bricker.com

*Via Facsimile: 727-213-9000
And U.S. Mail*

Mr. Bradley H. Harris
c/o Adler Winston, Inc.
13501 Icot Blvd.
Suite 110
Clearwater, Florida 33760

Re:     Misuse of Harry Winston Trademark

Dear Mr. Harris:

We act as outside trademark counsel to Harry Winston, Inc. and its related companies ("HWI") in connection with trademark, copyright and internet matters.

As you are no doubt aware, there are few names more famous and renowned in the world of fine jewelry than the name "Harry Winston", and few trademarks more widely-recognized for jewelry than Winston, the House of Winston and the Harry Winston trademarks. Founded by Harry Winston in 1932, the House of Harry Winston invented modern couture jewelry as it exists today. The Winston reputation was built on unparalleled quality, exquisite design and fine craftsmanship.

Over the years Harry Winston became known as the "Jeweler to the Stars." Harry Winston did business with royalty, famous families (such as the Rockefellers) and countless Hollywood stars and world class athletes. Although the prices of some original and one-of-a-kind Harry Winston jewelry creations often exceed a million dollars, the Winston name has become well-known to the general public through its promotions at functions such as the annual Academy Awards of Motion Picture Arts and Sciences ("Oscars"), where Harry Winston achieved renown starting in 1941 by loaning millions of dollars worth of jewels to the celebrity actresses – a practice that continues to this day.

**EXHIBIT**

C

4456320v1

Mr. Bradley Harris
March 17, 2011
Page 2

HWI owns numerous trademarks and registrations in connection with its fine jewelry, including Federal Trademark Reg. Nos. 848,629, 1,747,040, 3,355,622 and others, of WINSTON and HARRY WINSTON for fine jewelry, watches and gemstones. The Winston trademarks have been extensively and continually used, promoted and advertised by HWI -- indeed, the WINSTON mark has been used for more than seventy (70) years on jewelry and polished diamonds, and the HARRY WINSTON mark has been used for over sixty (60) years on jewelry, diamonds, watches, and related products. As a result, these marks have become famous and are relied upon by consumers to identify genuine Harry Winston products.

It has come to our attention that you set up a company in Florida called Adler Winston which deals in fine and selling jewelry and gems, and according to your website it states "for manufacturing rough diamonds in white and fancy colors to estate jewelry and watch sales". This is the identical type of business of Harry Winston. We recently learned that you have a website that operates promoting Adler Winston through a reference to Harry Winston on a Google search.

We subsequently retained an investigator who contacted you on March 10, 2011 to discuss the fact that your company is called Adler Winston, but your name is Bradley Harris. According to our investigator, you stated that you came up with the name Adler Winston because "Adler is a big jewelry company in the United States and Harry Winston is also a big jewelry company, so you put the names together to form Adler Winston."

We believe that your adoption of WINSTON as a surname for your business, especially given that you are now operating on the internet and showing up in searches for jewelry, dilutes the distinctiveness of the famous Winston trademarks, could confuse Harry Winston consumers into believing that you are affiliated with HWI or that you are authorized or licensed by HWI, which is false. In short, your adoption of the Winston surname for jewelry in our opinion constitutes trademark infringement, unfair competition, passing off and dilution under federal trademark law. For these reasons, we request that you immediately change your name to delete use of "Winston" as a surname.

Harry Winston, Inc. would like to resolve this matter in an amicable fashion and would give you a reasonable time (until the end of the year) to change the name to delete "Winston" from your tradename. However, if you refuse to cooperate and force us to pursue this matter through other means, we will have to seek all of various remedies

Mr. Bradley Harris
March 17, 2011
Page 3


permitted by law. We hope that you will agree with our request and comply with them in a prompt manner. We look forward to hearing from you at the earliest time.


Sincerely,

Joseph R. Dreitler

JRD:mps
cc:     Mary R. True, Esq.

4456320v1